IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHAWN CROMARTIE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D15-4266

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed June 22, 2016.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Nancy A. Daniels, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General; David Llanes and Donna A. Gerace, Assistant Attorneys General, Tallahassee, for Appellee.


PER CURIAM.

    AFFIRMED.

ROWE, KELSEY, and JAY, JJ., CONCUR.